709 S.E.2d 625

**Maria A. HOLLINS, as Parent and Guardian ad Litem for Jane Doe, a minor under the age of fourteen years, Petitioner,**

v.

**WAL–MART STORES, INC., Respondent.**

Supreme Court of South Carolina.

April 21, 2011.

## ORDER

This Court granted petitioner's request for a writ of certiorari to review the Court of Appeals' decision in *Hollins v. Wal–Mart Stores, Inc.*, 381 S.C. 245, 672 S.E.2d 805 (Ct.App. 2008). After briefing and oral argument, the Court dismissed the writ of certiorari as improvidently granted. *Hollins v. Wal–Mart Stores, Inc.*, Op. No. 26937 (S.C. Sup.Ct. filed March 7, 2011). Petitioner has filed a petition for rehearing, and respondent moves to strike the petition for rehearing.

Rule 221(a), SCACR, prohibits petitions for rehearing from the denial of a writ of certiorari to the Court of Appeals. For purposes of Rule 221(a), a dismissal of a writ of certiorari as improvidently granted is equivalent to the denial of a petition for a writ of certiorari since both dispositions indicate this Court has determined there is no need to discuss or further review the merits of the case. *Cf., Ellison v. State*, 382 S.C. 189, 676 S.E.2d 671 (2009) (prohibiting further review in post-conviction relief actions when the Court of Appeals determines the matter does not merit discussion). Accordingly, no peti-

tion for rehearing is permitted from a dismissal of a writ of certiorari as improvidently granted. We, therefore, grant the motion to strike the petition for rehearing in this matter.

IT IS SO ORDERED.

/s/Costa M. Pleicones, A.C.J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.

MOORE, A.J., and WALLER, A.J., not participating.